UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Andrew Linares, et al.,

                Plaintiff(s),

v.                                            Case No. 2:25-cv-11027-RJW-KGA
                                               Hon. Robert J. White

Lowe's Pro Supply Co,

                Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202-3988

and all interested parties, by electronic means or first class U.S. mail, on May 12, 2025.

                                               KINIKIA D. ESSIX, CLERK OF COURT

                                          By: s/ Tracy A Thompson
                                              Deputy Clerk

Dated:  May 12, 2025